IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

DARREN NEWHART,

      CASE NO.: 1:15-cv-22862

    Plaintiff,

v.

MONITRONICS INTERNATIONAL, INC.,
& ALLIANCE SECURITY, INC.,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

Plaintiff, DARREN NEWHART, through the undersigned counsel, alleges a violation of the Telephone Consumer Protection Act ["TCPA"] 47 U.S.C §227, *et seq.*, versus Defendant, MONITRONICS INTERNATIONAL, INC. ["MONITRONICS"], and Defendant, ALLIANCE SECURITY, INC. ["ALLIANCE"] [collectively "Defendants"], and states:

## JURISDICTION AND VENUE

1. This Court has jurisdiction in this matter under 28 U.S.C. §1331.

2. Venue in this District is proper because Defendant conducts business throughout the United States, including but not limited to Miami, Florida.

## PARTIES

3. Plaintiff, DARREN NEWHART, is a natural person, and a citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, MONITRONICS, is a foreign for Profit Corporation with its principal place of business in Dallas, Texas.

5. Defendant, ALLIANCE, is a foreign for Profit Corporation with its principal place of business in Warwick, Rhode Island.

6. At all material times hereto, MONITRONICS and ALLIANCE have acted jointly and in concert in illegally contacting the Plaintiff in violation of the TCPA.

### **FACTUAL ALLEGATIONS**

7. Defendants contacted Plaintiff's cellular telephone, XXX-XXX-8800, using an automatic telephone dialing system or an artificial or pre-recorded voice.

8. When Plaintiff answers calls from Defendants', a pre-recorded message plays soliciting Plaintiff to purchase a home security system.

9. On numerous occasions, Defendants' contacted Plaintiff's cellular telephone and hung-up without leaving a message.

10. By way of example, on June 22, 2015, Plaintiff received a telephone call from phone number (206)-946-9842.

11. Calls placed to (206)-946-9842 are greeted with a pre-recorded message that states, "[t]he reason for the call is to inform you of an offer for a free home security system…"

12. To be taken off Defendants' call list, the pre-recorded message stated, "please press 8 now."

13. Plaintiff immediately pressed the number (8) on Plaintiff's cellular telephone, which the pre-recorded message acknowledged by stating "[t]hank you." Plaintiff assumed Defendants' would cease calling Plaintiff's cellular telephone.

14. Unfortunately, Defendants' have contacted Plaintiff's cellular telephone from different phone numbers, in excess of (25) times since June 22, 2015, using an automatic telephone dialing system or an artificial or pre-recorded voice.

15. At no time has Plaintiff consented to receiving solicitations of a home security system from Defendants.

16. Plaintiff has repeatedly demanded that Defendants' cease contacting Plaintiff's cellular telephone.

17. Plaintiff has been injured as a result of Defendants' conduct that includes but is not limited to monetary damages.

18. Defendants participate in a joint venture, sharing its costs and profits

19. Defendants' are willfully and/or knowingly violating the TCPA with respect to Plaintiff.

### COUNT I AS TO MONITRONICS - VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. §227, *et seq*.

20. Without prior consent MONITRONICS, or others acting on its behalf, contacted Plaintiff's cellular telephone by means of automatic telephone calls or pre-recorded messages at a cellular telephone in violation of 47 U.S.C. §227(b)(1)(A)(iii).

21. MONITRONICS, or others acting on its behalf, continued to place automated or pre-recorded calls to Plaintiff's cellular telephone after Plaintiff demanded the calls stop.

22. The calls from MONITRONICS to Plaintiff's cellular telephone were not placed for "emergency purposes" as defined by 47 U.S.C. §227(b)(3)(B).

23. Each call made in a knowing and/or willful violation of the TCPA results in a statutory damage award of up to $1,500.00 per call. 47 U.S.C. §227(b)(3)(C).

24. Each call made in a negligent violation of the TCPA results in a $500.00 statutory damage award per call. 47 U.S.C. §227(b)(3)(B).

## COUNT I AS TO ALLIANCE - VIOLATION OF THE
## TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. §227, *et seq.*

25. Without prior consent ALLIANCE, or others acting on its behalf, contacted Plaintiff's cellular telephone by means of automatic telephone calls or pre-recorded messages at a cellular telephone in violation of 47 U.S.C. §227(b)(1)(A)(iii).

26. ALLIANCE, or others acting on its behalf, continued to place automated or pre-recorded calls to Plaintiff's cellular telephone after Plaintiff demanded the calls stop.

27. The calls from ALLIANCE to Plaintiff's cellular telephone were not placed for "emergency purposes" as defined by 47 U.S.C. §227(b)(3)(B).

28. Each call made in a knowing and/or willful violation of the TCPA results in a statutory damage award of up to $1,500.00 per call. 47 U.S.C. §227(b)(3)(C).

29. Each call made in a negligent violation of the TCPA results in a $500.00 statutory damage award per call. 47 U.S.C. §227(b)(3)(B).

WHEREFORE, Plaintiff requests that this Court enter judgment in favor of Plaintiff and against Each Defendant for:

    a.    Statutory damages under 47 U.S.C. §227(b)(3)(B); or

    b.    statutory damages under 47 U.S.C. §227(b)(3)(C);

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic dialing system or pre-recorded or artificial voice;

    d.    attorney's fees and costs;

    e.    such other relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

Dated: July 31, 2015.                              Respectfully submitted,

                                         Hicks, Motto & Ehrlich, P.A.
                                         3399 PGA Blvd., Suite 300
                                         Palm Beach Gardens, FL 33410
                                         Telephone: (561) 683-2300
                                         Facsimile: (561) 697-3852

                                         *s/ J. Dennis Card, Jr.*
                                         J. Dennis Card, Jr., Esq.
                                         Florida Bar No.: 0487473
                                         Email: dcard@hmelawfirm.com
                                         djimenez@hmelawfirm.com