UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

SEP -2 2015

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

IN RE: MONITRONICS INTERNATIONAL, INC.,
TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION
    Newhart v. Monitronics International, Inc., et al.,  )
        S.D. Florida, C.A. No. 1:15-22862  )    MDL No. 2493

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Newhart*) on August 10, 2015. Prior to expiration of the orders' 7-day stay of transmittal, plaintiff in *Newhart* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-18" filed on August 10, 2015, is LIFTED. The action is transferred to the Northern District of West Virginia, for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Irene M. Keeley.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument
is a true and correct copy of the document filed
in my office.
ATTEST: Cheryl Dean Riley
Clerk, U.S. District Court
Northern District of West Virginia
By: _____
        Deputy Clerk